UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                       Case No. 1:24-cr-20448

v.                                         Honorable Thomas L. Ludington
                                            United States District Judge

KEINO R. HUGHES,

                                            Honorable Patricia T. Morris
        Defendant.              United States Magistrate Judge

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

On April 7, 2025, Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Keino R. Hughes's consent. *See* ECF Nos. 24; 26. The next day, Judge Morris issued a report recommending the acceptance of Defendant's guilty plea. ECF No. 30. Judge Morris gave the Parties 14 days to object, but they did not do so. They have therefore forfeited their right to appeal Judge Morris's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 30, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**, and that the Rule 11 Plea Agreement, ECF No. 28, is **TAKEN UNDER ADVISEMENT**.

Dated: May 21, 2025                                  s/Thomas L. Ludington
                                                          THOMAS L. LUDINGTON
                                                          United States District Judge